JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JESUS F., <br> Plaintiff, <br> v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br> Defendant. | Case No. 5:21-cv-02081-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED: August 29, 2022

_____
KAREN E. SCOTT
United States Magistrate Judge