Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Juan Jesus Flores

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JESUS FLORES,<br><br>         Plaintiff,<br><br>              v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>         Defendant. | ) No. EDCV 21-2081 KES<br>)<br>) **[PROPOSED] ORDER AWARDING**<br>) **EQUAL ACCESS TO JUSTICE**<br>) **ACT ATTORNEY FEES AND**<br>) **COSTS**<br>)<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND SIX HUNDRED SIXTY-TWO DOLLARS and FORTY-FOUR CENTS ($5,662.44), and costs under 28 U.S.C. § 1920, in the

/ / /

/ / /

/ / /

1

amount of FOUR HUNDRED DOLLARS AND NO CENTS ($400.00), subject to the terms of the above-referenced Stipulation.

Dated: September 6, 2022

*Karen E. Scott*

THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE